**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6984**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

VINCENT MISSOURI,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Margaret B. Seymour, District
Judge.  (6:00-cr-00498-MBS-1)

_____

Submitted:  February 9, 2012     Decided:  February 13, 2012

_____

Before WILKINSON, AGEE, and FLOYD, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Vincent Missouri, Appellant Pro Se.  Deborah Brereton Barbier,
Assistant United States Attorney, Columbia, South Carolina;
David Calhoun Stephens, Assistant United States Attorney,
Greenville, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vincent Missouri seeks to appeal the district court's amended criminal judgment reimposing a thirty-six-month sentence of imprisonment following revocation of his term of supervised release for an underlying bank robbery conviction. Because Missouri has been released from federal custody, his sentence did not include a term of supervised release, and there are no continuing collateral consequences from the district court's amended judgment on revocation of supervised release, we deny Missouri's motion to have his sentence expire immediately and dismiss the appeal as moot. See Spencer v. Kemna, 523 U.S. 1, 12-18 (1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2